IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20748
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK O. EHIOGHAE,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the southern District of Texas
USDC No. H-00-CR-184-1
---------------------
August 7, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Patrick O. Ehioghae has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Ehioghae has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.